STATE OF CONNECTICUT *v.* ALFONSO GONZALEZ

The defendant's petition for certification for appeal from the Appellate Court, 18 Conn. App. 643, is denied.

*Erskine D. McIntosh,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided October 2, 1989

DIANA M. LATHROP *v.* BOARD OF TAX REVIEW OF THE TOWN OF LYME

The plaintiff's petition for certification for appeal from the Appellate Court, 18 Conn. App. 608, is denied.

*William J. Willetts, Jr.,* in support of the petition.

*Scott W. Jezek,* in opposition.

Decided September 27, 1989

ALFRED TRUMPOLD ET AL. *v.* ROBERT J. BESCH ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 19 Conn. App. 22, is denied.

*Richard L. Jacobs,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided September 27, 1989

WILLIAM SILVERMAN ET AL. *v.* CITY OF NEW HAVEN

The plaintiffs' petition for certification for appeal from the Appellate Court, 19 Conn. App. 360, is denied.

*Benson A. Snaider,* in support of the petition.

Decided September 27, 1989